# Exhibit A

**Ellis, Justin**

| | |
|---|---|
| **From:** | Ducharme, Matthew <matthew.ducharme@hoganlovells.com> |
| **Sent:** | Thursday, March 3, 2022 10:59 AM |
| **To:** | Tracey, Dennis H.; Ellis, Justin |
| **Cc:** | Molo, Steven; Clarke, Elizabeth |
| **Subject:** | RE: Red Tree v. PDVSA, No. 22 Misc. 68 & 69 (D. Del.) |

Justin:

Upon review of yesterday's decision, we have determined that Judge Stark did not decide all of the issues raised in our motion and opposition brief and thus our view is that briefing should continue in the ordinary course so that Judge Stark can render a decision in these matters.

Thanks,
Matt

---

**From:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>
**Sent:** Wednesday, March 2, 2022 3:42 PM
**To:** Ellis, Justin <JEllis@mololamken.com>; Ducharme, Matthew <matthew.ducharme@hoganlovells.com>
**Cc:** Molo, Steven <smolo@mololamken.com>; Clarke, Elizabeth <eclarke@mololamken.com>
**Subject:** RE: Red Tree v. PDVSA, No. 22 Misc. 68 & 69 (D. Del.)

Justin: We will review the decision and get back to you.   Dennis

---

**From:** Ellis, Justin <JEllis@mololamken.com>
**Sent:** Wednesday, March 2, 2022 2:52 PM
**To:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Ducharme, Matthew <matthew.ducharme@hoganlovells.com>
**Cc:** Molo, Steven <smolo@mololamken.com>; Clarke, Elizabeth <eclarke@mololamken.com>
**Subject:** Red Tree v. PDVSA, No. 22 Misc. 68 & 69 (D. Del.)

Dennis, Matt:

Judge Stark's decision today in the ConocoPhillips case, attached, rejects all material arguments PDVSA made in opposition to Red Tree's motion for a writ of attachment.  That decision has issue-preclusive effect in these cases.  Further, because Judge Stark has stated that he will likely allow an interlocutory appeal from the ConocoPhillips decision, any ruling the Third Circuit issues in that appeal will control the outcome of Red Tree's motion in any event.  At this point, further litigating this motion would only increase PDVSA's costs for attorney's fees, including both the fees it pays its own counsel and the fees it would have to pay Red Tree under the parties' contracts.

We thus propose that PDVSA and Red Tree stipulate that the ConocoPhillips decision resolves Red Tree's motions, subject to both parties' right to participate in any interlocutory appeal.  If you agree, we will prepare a stipulation for your review.

Justin

Justin M. Ellis

1

MoloLamken LLP
430 Park Avenue
New York, NY 10022
T:  (212) 607 8159
F:  (212) 607 8161
jellis@mololamken.com

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.

This email has been scanned for viruses and malware.

If you would like to know more about how we are managing the impact of the COVID-19 pandemic on our firm then take a look at our brief Q&A. If you would like to know more about how to handle the COVID-19 issues facing your business then take a look at our information hub.

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.