# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED TREE INVESTMENTS, LLC,<br><br>    *Plaintiff*,<br>v.<br><br>PETRÓLEOS DE VENEZUELA, S.A. and PDVSA PETRÓLEO, S.A.,<br><br>    *Defendants*. | Nos. 22 Misc. 68 & 69 (LPS) |

### [PROPOSED] ORDER GRANTING RED TREE INVESTMENTS, LLC'S UNOPPOSED MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

The Court having considered Plaintiff Red Tree Investments, LLC's Motion for Exemption of Persons From the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this ___23rd___ day of ___June___, 2023 that:

1. The Motion is GRANTED

2. For purposes of the June 26, 2023 hearing in the above-captioned case, the following persons are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Steven Molo, Counsel for Red Tree Investments, LLC

- Mark Kelley, Counsel for Red Tree Investments, LLC

- Lois Ahn, Counsel for Red Tree Investments, LLC

3. Such persons listed in Paragraph 2 above shall present this Order, along

with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

                                                                         The Honorable Leonard P. Stark